⬣AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     NEW JERSEY

**FILED SEP 20 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

DAYS INN WORLDWIDE, INC.

V.

PENTA ARCATA A, LLC, MUKESH MOWJI, TARUN PATEL, ANIL PATEL

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

**CV 13 80 202 MISC**

**SI**

Case Number:    CV-13-1439(KSH) (CLW)

I, _____ WILLIAM T. WALSH _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____ 7/25/13 _____ , as it
                                                                                                                                                                 Date

appears in the records of this court, and that

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

_____ 8/28/13 _____                           WILLIAM T. WALSH
      Date                                         Clerk

_/s/ Sheree Laines_
(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Days Inns Worldwide, Inc.



### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CV 13 80 202 MISC

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 13-cv-01439 (KSH) (CLW) |
| Plaintiff, | **FINAL JUDGMENT BY DEFAULT** |
| v. | |
| PENTA ARCATA A, LLC, a California Limited Liability Company; MUKESH MOWJI, an individual; TARUN PATEL, an individual; and ANIL PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Penta Arcata A, LLC, Mukesh Mowji, Tarun Patel, and Anil Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 8, 2013, seeking damages as a result of the breach of a license agreement between DIW and Penta Arcata A, LLC; and service of the Summons and Complaint having been effectuated with respect to defendants Penta Arcata A, LLC and Mukesh Mowji by personally serving them in San Jose, California on April 4, 2013; and service of the Summons and Complaint having been effectuated with respect to defendants Tarun Patel and Anil Patel by serving via certified and regular mail on April 16, 2013; and it appearing that default was duly noted by the

Clerk of the Court against Defendants on May 13, 2013 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 25 day of July, 2013,

ORDERED, ADJUDGED, AND DECREED that DIW have judgment against Defendants, jointly and severally, in the total amount of $326,985.05, comprised of the following:

a) $213,368.32 for liquidated damages (principal plus prejudgment interest);

b) $106,822.75 for Recurring Fees (principal plus prejudgment interest); and

c) $6,793.98 for attorneys' fees and costs.

HONORABLE KATHARINE S. HAYDEN, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____ Deputy Clerk

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 13-cv-01439 (KSH) (CLW) |
| Plaintiff, | **FINAL JUDGMENT BY DEFAULT** |
| v. | |
| PENTA ARCATA A, LLC, a California Limited Liability Company; MUKESH MOWJI, an individual; TARUN PATEL, an individual; and ANIL PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Penta Arcata A, LLC, Mukesh Mowji, Tarun Patel, and Anil Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 8, 2013, seeking damages as a result of the breach of a license agreement between DIW and Penta Arcata A, LLC; and service of the Summons and Complaint having been effectuated with respect to defendants Penta Arcata A, LLC and Mukesh Mowji by personally serving them in San Jose, California on April 4, 2013; and service of the Summons and Complaint having been effectuated with respect to defendants Tarun Patel and Anil Patel by serving via certified and regular mail on April 16, 2013; and it appearing that default was duly noted by the

Clerk of the Court against Defendants on May 13, 2013 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this _25_ day of _July_, 2013,

ORDERED, ADJUDGED, AND DECREED that DIW have judgment against Defendants, jointly and severally, in the total amount of $326,985.05, comprised of the following:

a) $213,368.32 for liquidated damages (principal plus prejudgment interest);

b) $106,822.75 for Recurring Fees (principal plus prejudgment interest); and

c) $6,793.98 for attorneys' fees and costs.

_____
HONORABLE KATHARINE S. HAYDEN, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
       Deputy Clerk

*RECEIVED 2013 SEP 20 P 4:59 RICHARD W. WIEKING CLERK, U.S. DISTRICT*

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI



September 17, 2013

Clerk of Court
U.S. District Court for the Northern District of California
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

**CV 13 80 202 MISC**

Re: Registration of Foreign Judgment. Our file No. 62437-213

Dear Clerk of the Court:

Enclosed is one original and copy of Form A0451, *Certification of Judgment for Registration in Another District*, and *Judgment* entered in the United States District Court for the District of New Jersey on July 25, 2013, awarding $326,985.05 in favor of plaintiff Days Inns Worldwide, Inc.

Pursuant to 28 U.S.C. § 1963, please file the *Judgment* in the United States District Court for the Northern District of California, so that Days Inns Worldwide, Inc. may proceed with further actions to collect on the Judgment.

Enclosed is a check in the amount of $46.00 to cover the filing fee for registering the foreign judgment. Please return a file-stamped copy of the foreign judgment in the enclosed, self addressed, postage pre-paid envelope. Thank you for your assistance in this matter. Please let me know if you have any questions or concerns.

Sincerely,

*Lorraine Page*
Lorraine Page
Paralegal

Enclosures